UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 9 2002

Michael N. Milby
Clerk of Court

LUCINA HERNANDEZ DE MONTALVO, )
JOSE LUIS OROSCO, )
PEDRO CASTILLO-LUNA, and )
   Petitioners, )
)
v. ) C.A. B-02-126
)
E.M. TROMINSKI, INS DISTRICT DIRECTOR, )
JOHN ASHCROFT, U.S. ATTORNEY GENERAL, )
   Respondents. )
)

## PETITIONERS' UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE, TWO OF THE PETITIONERS HEREIN

Petitioners, through counsel, hereby file the instant motion to dismiss, without prejudice, two of the petitioners in the case at bar, two wit, Jose Luis Orosco, and Pedro Castillo-Luna.

In support thereof, Petitioners would show that, on June 21, 2001, an Immigration Judge terminated removal proceedings against these two Petitioners, and ordered that they be released on recognizance. Ultimately, INS complied, even while asserting the right to re-arrest, and again detain these two Petitioners, under 8 U.S.C. §1226(c). They were released on June 28, 2002, and given temporary proof of lawful permanent resident status, valid until December 27, 2002. (Petitioners' Exhibit A, herein incorporated by reference).

On July 18, 2002, the undersigned spoke with Nancy Masso, AUSA, who stated that the Respondents do not oppose the instant motion.

Respectfully Submitted,

*/s/ Lisa S. Brodyaga*

Lisa S. Brodyaga, Attorney

17891 Landrum Park Road
San Benito, TX 78586                    Fed. ID.  1178
(956) 421-3226                          Texas Bar 03052800
(956) 421-3423 (fax)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing, with Exhibit A, and proposed Order, was mailed to Nancy Masso, AUSA, 600 E. Harrison, 2nd Floor, Brownsville, Texas 78520, on this 19th day of July, 2002.



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO, ) | |
| JOSE LUIS OROSCO, ) | |
| PEDRO CASTILLO-LUNA, and ) | |
|    Petitioners, ) | |
| ) | |
| v. ) | C.A. B-02-126 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ) | |
| JOHN ASHCROFT, U.S. ATTORNEY GENERAL, ) | |
|    Respondents. ) | |

**EXHIBIT "A" IN SUPPORT OF**

**PETITIONERS' UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE, TWO OF THE PETITIONERS HEREIN**

IMMIGRATION COURT
RT 3 BOX 341 BUENA VISTA DR
LOS FRESNOS, TX 78566

In the Matter of

OROZCO, JOSE LUIS
　Respondent

Case No.: A38-797-453

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jun 21, 2002. This memorandum is solely for the convenience of the parties. If the proceedings should be appealed or reopened, the oral decision will become the official opinion in the case.

[ ] The respondent was ordered removed from the United States to _____ or in the alternative to
[ ] Respondent's application for voluntary departure was denied and respondent was ordered removed to _____ alternative to
[ ] Respondent's application for voluntary departure was granted until _____ upon posting a bond in the amount of $_____ with an alternate order of removal to
[ ] Respondent's application for asylum was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's application for withholding of removal was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's application for cancellation of removal under section 240A(a) was ( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's application for cancellation of removal was ( ) granted under section 240A(b)(1) ( ) granted under section 240A(b)(2) ( ) denied ( ) withdrawn. If granted, it was ordered that the respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's application for a waiver under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn or ( ) other.
[ ] Respondent's application for adjustment of status under section _____ of the INA was ( ) granted ( ) denied ( ) withdrawn. If granted, it was ordered that respondent be issued all appropriate documents necessary to give effect to this order.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $_____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper notice.
[ ] Respondent was advised of the limitation on discretionary relief for failure to appear as ordered in the Immigration Judge's oral decision.
[X] Proceedings were terminated.
[ ] Other: _____

Date: Jun 21, 2002
Appeal: Waived/Reserved    Appeal Due By: Jul 22, 2002

By ALI PRADOS

_____
Immigration Judge

GPI

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
201 EAST JACKSON
HARLINGEN, TEXAS

| | |
|---|---|
| IN THE MATTER OF | ) |
| | ) |
| JOSE LUIS ORZCO | ) |
| | ) A 38-797-453 |
| RESPONDENT | ) |
| IN BOND PROCEEDINGS | ) |
| _____ | ) |

## WITHDRAWAL OF NOTICE OF SERVICE INTENT TO APPEAL CUSTODY REDETERMINATION

On June 21, 2002, the Immigration and Naturalization Service (Service) filed a Notice of Intent to Appeal Custody Redetermination (FORM EOIR-43)thereby automatically staying the Immigration Judge's custody decision of that date. However, upon further review the Service has decided not to file an appeal. Since the automatic stay is predicated on the Service intention to file a notice of appeal, the withdrawal of said notice dissolves the stay.

Respectfully Submitted,

CHERI L. JONES
Assistant District Counsel
U.S. Department of Justice
Immigration and Naturalization Service
PO Box 1711
Harlingen, TX 78551

1

MTWDSTAY

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon counsel or applicant by depositing it in the U.S. mail, postage prepaid, addressed to:

Lisa S. Brodyaga, Esquire
17891 Landrum Park Road
San Benito, TX 78586
and
William Wagner
ProBar
306 East Madison
Harlingen, TX 78550

on this 25th day of June, 2002.

_____
Immigration and Naturalization Service

U.S. Department of Justice                                    OMB 1115-0077
Immigration and Naturalization Service

Admission Number

**b01b15392 09**                    *Welcome to the United States*

## I-94 Arrival/Departure Record - Instructions

This form must be completed by all persons except U.S. Citizens, returning resident aliens, aliens with immigrant visas, and Canadian Citizens visiting or in transit.

Type or print legibly with pen in ALL CAPITAL LETTERS. Use English. Do not write on the back of this form.

This form is in two parts. Please complete both the Arrival Record (Items 1 through 13) and the Departure Record (Items 14 through 17).

When all items are completed, present this form to the U.S. Immigration and Naturalization Service Inspector.

Item 7- If you are entering the United States by land, enter LAND in this space. If you are entering the United States by ship, enter SEA in this space.

Form I-94 (04-15-86)Y

Admission Number

**b01b15392 09**

Immigration and Naturalization Ser
I-94
Arrival Record

TEMPORARY EVIDENCE OF LAWFUL ADMISSION.
VALID UNTIL 12/27/2002.
EMPLOYMENT AUTHORIZED.
*Rivera*

| 1. Family Name |  |
|---|---|
| OROZCO | |
| 2. First (Given) name | 3. Birth Date (Day/Mo/Yr) |
| JOSE LUIS | 09 14 60 |
| 4. Country of Citizenship | 5. Sex (Male or Female) |
| MEXICO | MALE |
| 6. Passport Number | 7. Airline and Flight Number |
| A3879 7453 | |
| 8. Country Where You Live | 9. City Where You Boarded |
| USA | |
| 10. City Where Visa Was Issued | 11. Date Issued (Day/Mo/Yr) |
| LOS FRESNOS | 28 06 02 |
| 12. Address While in the United States (Number and Street) ||
| 1610 HICKORY AVE ||
| 13. City and State ||
| PANAMA CITY FL ||

A38 797 453

## NOTIFICATION REQUIREMENT FOR CHANGE OF ADDRESS
*REQUISITO DE NOTIFICACION DE CAMBIO DE DIRECCION*

Please be advised that any address change must be reported to:
*Quede advertido que cualquier cambio de direccion debe ser reportado a:*

| | |
|---|---|
| Executive Office for Immigration Review 201 East Jackson Harlingen, Texas 78550 | U.S. Immigration and Naturalization Service 2102 Teege Avenue Harlingen, Texas 78550 |

&

The notice must include your alien registration number.
*La notificacion tiene que incluir su numero de expediente como extranjero.*

Failure to report your address change to BOTH agencies may result in any or all of the following actions:
*Falta de reportar su cambio de direccion a AMBAS agencias puede resultar en cualquiera o todas las acciones siguientes:*

1. A deportation hearing may be held in your absence under Section 242(b) of the Immigration and Nationality Act.
   *Una audencia de deportacion puede ser conducida en su ausencia de acuerdo con la ley bajo la Seccion 242(b) del Acta de Inmigracion y Nacionalidad;*
2. An Order of Deportation may be entered against you.
   *Se podria levantar una orden de deportacion en su contra;1*
3. Forfeiture of your bond.
   *Perdida de su fianza;*
4. Issuance of a warrant for your arrest and deportation.
   *Que se expida una orden para su arresto y deportacion;*

My Name, Alien Registration Number and Mailing address is:
*Mi nombre, Numero de Expediente como Extranjero y Direccion Postal*

OROZCO, Jose Luis  A38 797 453

1610 Hickory Ave
Panama City, FL  32405

I hereby acknowledge that I have read or had read to me and have been explained the above and that I understand its contents.
*Por lo presente reconozco que he leido o se me ha leido esta notificacion y que me han explicado lo escrito y he entendido el contenido.*

_____June 28, 2002_____          _____/s/ Jose Luis Orozco_____
Date/Fecha                                                     Signature/Firma

### CERTIFICATE OF SERVICE

Served by me at   Los Fresnos, Tx  , on   June 28, 2002   at   PISPC

_____/s/ Judy Rivera_____
DEPORTATION OFFICER
Signature & Title of employee or officer

```
                         IMMIGRATION COURT
                    RT 3 BOX 341  BUENA VISTA DR
                       LOS FRESNOS, TX  78566

In the Matter of
                                    Case No.: A36-589-212
CASTILLO-LUNA, PEDRO
     Respondent                     IN REMOVAL PROCEEDINGS

                    ORDER OF THE IMMIGRATION JUDGE
```

This is a summary of the oral decision entered on Jun 21, 2002.
This memorandum is solely for the convenience of the parties. If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[ ]  The respondent was ordered removed from the United States to
                                                   or in the alternative to
[ ]  Respondent's application for voluntary departure was denied and
     respondent was ordered removed to
     alternative to
[ ]  Respondent's application for voluntary departure was granted until
     upon posting a bond in the amount of $ _____
     with an alternate order of removal to
[ ]  Respondent's application for asylum was ( )granted ( )denied
     ( )withdrawn.
[ ]  Respondent's application for withholding of removal was ( )granted
     ( )denied ( )withdrawn.
[ ]  Respondent's application for cancellation of removal under section
     240A(a) was ( )granted ( )denied ( )withdrawn.
[ ]  Respondent's application for cancellation of removal was ( ) granted
     under section 240A(b)(1)    ( ) granted under section 240A(b)(2)
     ( ) denied ( ) withdrawn. If granted, it was ordered that the
     respondent be issued all appropriate documents necessary to give
     effect to this order.
[ ]  Respondent's application for a waiver under section _____ of the INA was
     ( )granted ( )denied ( )withdrawn or ( )other.
[ ]  Respondent's application for adjustment of status under section _____
     of the INA was ( )granted ( )denied ( )withdrawn. If granted, it
     was ordered that respondent be issued all appropriate documents necessary
     to give effect to this order.
[ ]  Respondent's status was rescinded under section 246.
[ ]  Respondent is admitted to the United States as a _____ until _____.
[ ]  As a condition of admission, respondent is to post a $ _____ bond.
[ ]  Respondent knowingly filed a frivolous asylum application after proper
     notice.
[ ]  Respondent was advised of the limitation on discretionary relief for
     failure to appear as ordered in the Immigration Judge's oral decision.
[X]  Proceedings were terminated.
[ ]  Other: _____
     Date: Jun 21, 2002
     Appeal (Waived)/Reserved    Appeal Due By: Jul 22, 2002

                                             MARGARET BURKHART
                                             Immigration Judge

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OFFICE OF THE IMMIGRATION JUDGE
201 EAST JACKSON
HARLINGEN, TEXAS

| | |
|---|---|
| IN THE MATTER OF ) | |
| ) | |
| PEDRO CASTILLO-LUNA ) | |
| ) | A 36-589-212 |
| RESPONDENT ) | |
| IN BOND PROCEEDINGS ) | |
| _____ ) | |

## WITHDRAWAL OF NOTICE OF SERVICE INTENT TO APPEAL CUSTODY REDETERMINATION

On June 21, 2002, the Immigration and Naturalization Service (Service) filed a Notice of Intent to Appeal Custody Redetermination (FORM EOIR-43) thereby automatically staying the Immigration Judge's custody decision of that date. However, upon further review the Service has decided not to file an appeal. Since the automatic stay is predicated on the Service intention to file a notice of appeal, the withdrawal of said notice dissolves the stay.

Respectfully Submitted,

*[signature]*

CHERI L. JONES
Assistant District Counsel
U.S. Department of Justice
Immigration and Naturalization Service
PO Box 1711
Harlingen, TX 78551

1

MTWDSTAY

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon counsel or applicant by depositing it in the U.S. mail, postage prepaid, addressed to:

Lisa S. Brodyaga, Esquire
17891 Landrum Park Road
San Benito, TX 785865
and
William Wagner
ProBar
306 East Madison
Harlingen, TX 78550

on this 25th day of June, 2002.

_____
Immigration and Naturalization Service

Immigration
Naturalization
I-94
Arrival Record

TEMPORARY EVIDENCE OF
LAWFUL ADMISSION FOR
PERMANENT RESIDENCE.
VALID UNTIL 12/27/02

EMPLOYMENT AUTHORIZED

JCH DPY/PIC 6-28-02

1. Family Name: CASTILLO LUNA
2. First (Given) name: PEDRO
3. Birth Date (Day/Mo/Yr): 16 02 72
4. Country of Citizenship: MEXICO
5. Sex (Male or Female): MALE
6. Passport Number: A36 589 212
7. Airline and Flight Number:
8. Country Where You Live: USA
9. City Where You Boarded:
10. City Where Visa Was Issued:
11. Date Issued (Day/Mo/Yr):
12. Address While in the United States (Number and Street): ROUTE 6 BOX 1105
13. City and State: MERCEDES TX 78570

| 18. Occupation | 19. Waivers |
|---|---|
| 20. INS File A-36 589 212 | 21. INS FCO |
| 22. Petition Number | 23. Program Number |
| 24. ☐ Bond | 25. ☐ Prospective Student |

26. Itinerary/Comments

Released OR as per IJ order
from PISPC 06-28-02.

27. TWOV Ticket Number

A# <u>A36 589 212</u>

## NOTIFICATION REQUIREMENT FOR CHANGE OF ADDRESS
## REQUISITO DE NOTIFICATION DE CAMBIA DE DIRECCION

Please be advised that any address change must be reported to:
**QUEDE ADVERTIDO QUE CUALQUIER CAMBIO DE DIRECCION DEBE SER REPORTADO A:**

| EXECUTIVE OFFICE FOR IMMIGRATION REVIEW | AND | IMMIGRATION AND NATURALIZATION SERVICE |
|---|---|---|
| 201 East Jackson | | 2102 Teege Avenue |
| Harlingen, Texas 78550 | | Harlingen, Texas 78550 |

The notice must include your alien registration number.
**LA NOTIFICACION TIENE QUE INCLUIR SU NUMERO DE EXPEDIENTE COMO EXTRANJERO.**

Failure to report your address change to both agencies may result in any or all of the following actions.

**FALTA DE REPORTAR SU CAMBIO DE DIRECCION A AMBAS AGENCIAS PUEDE RESULTAR EN CUALQUIERA O TODAS DE LAS ACCIONES SIGUENTES:**

1. A removal hearing may be held in your absence under Section 240 of the Immigration and Nationality Act.
   **EL PROCESO DE EXPULSION PUEDE SER CONDUCIDA EN SU AUSENCIA DE ACUERDO CON LA LEY BAJO LA SECCION 240 DE EL ACTA DE INMIGRACION Y NACIONALIDAD.**

2. A removal order may be entered against you.
   **SE PODRIA EMITIR UNA ORDEN DE EXPULSION EN SU CONTRA.**

3. Forfeiture of your bond.
   **PERDIDA DE SU FIANZA.**

4. Issuance of a warrant for your arrest and deportation.
   **QUE SE EXTIENDA UNA ORDEN PARA SU ARRESTO Y DEPORTACION**

My name, alien registration number and mailing address is
Mi NOMBRE, NUMERO DE EXPEDIENTE COMO EXTRANJERO
Y DIRECCION POSTAL:

<u>A36 589 212</u>
<u>Pedro CASTILLO Luna</u>
<u>Route 6, Box 1105</u>
<u>Mercedes, Texas 78570</u>
<u>(956)968-8188</u>

I hereby acknowledge that I have read or have had read to me and have had explained to me the above, and that I understand its contents.
**POR LA PRESENTE RECONOZCO QUE LO HE LEIDO Y ME LO HA EXPLICADO Y ENTIENDO EL CONTENIDO.**

<u>June 28, 2002</u>        *Pedro Castillo Luna*
Date/FECHA                Signature/FIRMA

Served by me at PISPC, on, <u>June 28, 2002</u> at 3 05 a.m./**p.m.**

_____ Lead _____ **Detention Enforcement Officer**
Signature and Title of employee or officer