AO 440 (Rev. 1/90) Summons in a Civil Action

**John Ashcroft** | RETURN OF SERVICE CA B-02-126

| | DATE 7/3/02 |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Lisa Brodyaga | TITLE Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail, RRR

United States District Court
Southern District of Texas
FILED
JUL 19 2002
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/15/02

Signature of Server

Lisa Brodyaga, Attorney
REFUGIO DEL RIO GRANDE
17891 Landrum Park Road
San Benito, Texas 78586

Address of Server

---

SENDER: Grimaldo-Barrientos + Larin-Ulloa + Hernandez-Orosco + Castillo
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee
2. ☐ Restricted
Consult postmaster

3. Article Addressed to:
John Ashcroft US Atty Gen
950 Pennsylvania Ave
NW #5111
Washington DC 20530-0001

4a. Article Number

4b. Service Type
☐ Registered
☐ Express Mail
☐ Return Receipt for Merchandise

7. Date of Delivery

5. Received By: (Print Name) JUL 5 2002

8. Addressee's Address (Only if and fee is paid)

6. Signature: (Addressee or Agent)
X

PS Form 3811, December 1994   102595-97-B-0179   Domestic Return