UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO, ) | |
| JOSE LUIS OROSCO, ) | |
| PEDRO CASTILLO-LUNA, and ) | |
|    Petitioners, ) | |
| ) | |
| v. ) | C.A. B-02-126 |
| ) | |
| E.M. TROMINSKI, INS DISTRICT DIRECTOR, ) | |
| JOHN ASHCROFT, U.S. ATTORNEY GENERAL, ) | |
|    Respondents. ) | |

**ORDER GRANTING PETITIONERS' UNOPPOSED MOTION TO DISMISS, WITHOUT PREJUDICE, TWO OF THE PETITIONERS HEREIN**

Upon consideration of Petitioners' Unopposed Motion to Dismiss, Without Prejudice, Two of the Petitioners Herein, and good cause appearing therefor,

**IT IS ORDERED** that said motion be, and the same hereby is, **GRANTED**;

**IT IS FURTHER ORDERED** that Petitioners Jose Luis Orosco and Pedro Castillo-Luna be, and the same hereby are dismissed from the instant action, without prejudice, without prejudice to their right to request reinstatement, should circumstances so warrant.

DONE at Brownsville, Texas,

this _____ day of _____, 2002

_____
JUDGE PRESIDING