IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, ) <br> INS DISTRICT DIRECTOR, et al. ) <br> ) <br> Respondents. ) <br> _____) | C.A. No. B-02-126 |

**UNOPPOSED MOTION TO HOLD IN ABEYANCE**

The jurisdictional and other issues raised here are identical or similar to those recently addressed by the Magistrate Judge in his Report and Recommendation in <u>Reyna-Montoya, et al. v. Trominski, et al.</u>, Civil Action No. B-02-026 (S.D. Tex.). The parties are awaiting a decision by the Honorable Hilda Tagle in the case. The resolution of that case likely would be controlling in this case.

Therefore, the parties respectfully submit that proceedings in this case should be held in abeyance pending a decision in Reyna-Montoya.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

Dated: August 16, 2002

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

## CERTIFICATE OF CONSULTATION

I hereby certify that the foregoing Motion to Hold in Abeyance was discussed with opposing counsel and that opposing counsel does not have an opposition to the Motion.

LISA M. PUTNAM
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on counsel by depositing a copy of the same in the United States mail, properly addressed, first class postage prepaid, to:

> Lisa S. Brodyaga, Esquire
> REFUGIO DEL RIO GRANDE
> 17891 Landrum Park Rd.
> San Benito, TX 78586

on this the 16th day of August, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney