IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-02-126 |
| ) | |
| E.M. TROMINSKI, ) | |
| I.N.S. DISTRICT DIRECTOR, et al. ) | |
| ) | |
| Respondent. ) | |

## ORDER

Upon consideration of the Unopposed Motion to Hold in Abeyance, the Court finds that the Motion should be granted.

It is therefore ORDERED this case shall be held in abeyance pending a decision in Reyna-Montoya, et al. v. Trominski, et al., Civil Action No. B-02-026 (S.D. Tex.).

It is FURTHER ORDERED that Respondent shall be given 60 days from the entry of any dispositive order in Reyna-Montoya, et al. v. Trominski, et al., Civil Action No. B-02-026 (S.D. Tex.) to file responsive pleadings in this matter.

Done this 20th day of August, 2002, in Brownsville, Texas.