United States District Court
Southern District of Texas
FILED

SEP 1 6 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

LUCINA HERNANDEZ DE MONTALVO,       )
   Petitioner,                      )
                                    )
v.                                  )    C.A. B-02-126
                                    )
E.M. TROMINSKI, INS DISTRICT DIRECTOR,  )
JOHN ASHCROFT, U.S. ATTORNEY GENERAL,   )
   Respondents.                     )
_____)

PETITIONER'S (OPPOSED) MOTION FOR INJUNCTION

Petitioner, through counsel, hereby files the instant motion for a permanent injunction, requiring Respondents to afford her a bond hearing, within ten days, at which her eligibility for bond shall be determined on the basis of whether she constitutes a danger to society, and/or a flight risk.

In support thereof, Petitioner would note that by Order dated August 20, 2002, the instant case was held in abeyance pending a decision in *Reyna-Montoya et al v. Trominski et al*, CA B-02-026. Said decision was issued on September 10, 2002, and the Petitioner herein is a member of the class in that action.

On September 16, 2002, the undersigned spoke with Lisa Putnam, SAUSA, with respect to the instant motion. She stated that the government opposed the instant request.

Respectfully Submitted,

Lisa S. Brodyaga, Attorney
17891 Landrum Park Road
San Benito, TX 78586                    Fed. ID.  1178
(956) 421-3226                          Texas Bar 03052800

(956) 421-3423 (fax)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing and proposed Order, was mailed to Lisa Putnam, SAUSA, P.O. Box 1711, Harlingen, Texas 78551, on this 16th day of September, 2002.

