IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO ) | United States District Court |
| ) | Southern District of Texas |
| Petitioner, ) | FILED |
| ) | OCT 0 4 2002 |
| v. ) | Michael N. Milby |
| ) | Clerk of Court |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, et al. ) | C.A. No. B-02-126 |
| ) | |
| Respondents. ) | |

RESPONDENTS' OPPOSED MOTION TO
HOLD PROCEEDINGS IN ABEYANCE
PENDING A DECISION BY THE FIFTH
CIRCUIT COURT OF APPEALS

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and present this opposed motion to hold these proceedings in abeyance.

This case involves the issue of the constitutionality of §236(c) of the Immigration and Nationality Act ("Act"), 8 U.S.C. §1226(c). In Gonzalez-Sanchez v. Trominski, et al. (formerly Reyna-Montoya v. Trominski, et al.), B-02-026, the District Court issued a declaratory judgment that §236(c) of the Act was

unconstitutional and certified a class of individuals who are subject to that declaratory judgment. The Government filed a Motion to Stay the District Court order pending appeal with the Fifth Circuit Court of Appeals. On September 27, 2002, the Fifth Circuit Court stayed the District Court's order in Gonzalez-Sanchez v. Trominski, et al.

Since the issue of whether §236(c) of the Act is constitutional is before the Fifth Circuit Court of Appeals in the Gonzalez-Sanchez matter, as well as in Molina v. Ashcroft, 02-10746, judicial economy dictates that this matter be held in abeyance until the Fifth Circuit Court rules on the constitutionality of §236(c) of the Act.

Based on the foregoing, the Respondents respectfully request this matter be held in abeyance.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel: (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

October 4, 2002

CERTIFICATE OF CONSULTATION

Petitioner's counsel, Lisa Brodyaga, agreed to hold this case in abeyance to wait for the District Court's decision in Gonzalez-Sanchez. However, when contacted regarding the Government's request to hold this case in abeyance to await a decision by the Fifth Circuit Court of Appeals on the same issue, she expressed opposition to holding this matter in abeyance.

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Opposed Motion to Hold Proceedings in Abeyance was mailed via first class mail, postage prepaid to:

>Lisa Brodyaga, Esquire
>Refugio Del Rio Grande
>17891 Landrum Park Rd.
>San Benito, TX  78586

on this 4th day of October, 2002.

_____
LISA M. PUTNAM
Special Assistant United States Attorney