IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 1 0 2002
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-02-126 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, et al. ) | |
| ) | |
| Respondents. ) | |

ORDER

Upon consideration of the Opposed Motion to Hold Proceedings in Abeyance filed by the Respondents, the Court finds that the motion to hold these proceedings in abeyance should be granted.

It is, therefore,

ORDERED, ADJUDGED AND DECREED that this matter will be held in abeyance until the Fifth Circuit Court of Appeals rules on the issue of the constitutionality of §236(c) of the Immigration and Nationality Act, 8 U.S.C. §1226(c).

Done this 7th day of October, 2002.

_____
MAGISTRATE JUDGE