UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| LUCINA HERNANDEZ DE MOTALVO, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-126 |
| HON. JOHN ASHCROFT, | § | |
| UNITED STATES ATTORNEY | § | |
| GENERAL, ET AL, | § | |
| Respondents. | § | |

## ORDER

The above styled cause of action has been held in abeyance pending the outcome of a similar case currently before the Fifth Circuit Court of Appeals. In the meantime, Petitioner's "(Opposed) Motion for Injunction (Doc. # 9) is hereby DENIED WITHOUT PREJUDICE. The Petitioner will be given the option to refile the above mentioned motion, and should do so only after this case is no longer held in abeyance.

DONE at Brownsville, Texas, this _____ day of February, 2003.

Hilda Tagle
United States District Judge