UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LUCINA HERNANDEZ DE MONTALVO, Petitioner, | § § § § § § § § § | CIVIL ACTION NO. B-02-126 |
| v. | | |
| E.M. TROMINSKI, INS District Director, et al., Respondents. | | |

### ORDER

The above-referenced habeas corpus proceeding was held in abeyance pending the Fifth Circuit's resolution of the constitutionality of § 236(c) of the Immigration and Nationality Act, 8 U.S.C. § 1226(c). It appears that the issue has been definitively resolved by the Supreme Court's decision in *Demore v. Kim*, 123 S.Ct. 1708, 538 U.S. 510, 155 L.Ed.2d 724 (2003). Accordingly, the Court is prepared to issue a Report and Recommendation to the district court regarding disposition of this matter. However, the Court would like to give the Petitioner and the Government the opportunity to present their respective positions on the current posture of this case. Accordingly, each party is ORDERED to submit a status report of not more than five pages outlining their outlook on the case as it currently stands. It is further ORDERED that this case is no longer held in abeyance.

IT IS SO ORDERED.

DONE in Brownsville, Texas this ⎯⎯ day of March, 2004.

Felix Recio
United States Magistrate Judge