IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 07 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | C.A. No. B-02-126 |
| ) | |
| E.M. TROMINSKI, ) | |
| INS DISTRICT DIRECTOR, et al. ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' UNOPPOSED MOTION TO
DISMISS PETITION FOR WRIT OF HABEAS CORPUS**

COME NOW, the Respondents, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and file this unopposed motion to dismiss the petition for writ of habeas corpus as moot.

Petitioner was removed from the United States through Brownsville, Texas, on December 18, 2002. See Government Exh. "A". Therefore, the claims set out in the petition for writ of habeas corpus are moot.

Based on the foregoing, the Respondents respectfully request this matter be dismissed with prejudice.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney
Southern District of Texas

_____
LISA M. PUTNAM
Special Assistant U.S. Attorney
P.O. Box 1711
Harlingen, Texas 78551
Tel:  (956) 389-7051
Georgia Bar No. 590315
Federal Bar No. 23937

April 5, 2004

CERTIFICATE OF CONSULTATION

Petitioner's counsel, Lisa Brodyaga, agreed that this case should be dismissed as moot.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Respondents' Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus was mailed via first class mail, postage prepaid to:

    Lisa Brodyaga, Esquire
    Refugio Del Rio Grande
    17891 Landrum Park Rd.
    San Benito, TX  78586

on this 6th day of April, 2003.

_____
LISA M. PUTNAM
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> E.M. TROMINSKI, ) <br> INS DISTRICT DIRECTOR, et al. ) <br> ) <br> Respondents. ) <br> _____ ) | C.A. No. B-02-126 |



**Warrant of Removal/Deportation**

File No: <u>A42 906 630</u>
Date: <u>November 13, 2002</u>

**To any officer of the United States Immigration and Naturalization Service:**

<u>HERNANDEZ-De Montalvo, Lucina</u>
( Full name of alien )

who entered the United States at <u>Progreso, TX</u> on <u>06/10/91</u>
( Place of entry )    ( Date of entry )

is subject to removal/deportation from the United States, based upon a final order by:

[X] An immigration judge in exclusion, deportation, or removal proceedings
[ ] A district director or a district director's designated official
[ ] The Board of Immigration Appeals
[ ] A United States or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

SECTION 237(a)(2)(B)(i)   of the Immigration and Nationality Act

I, the undersigned officer of the United States by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of: the Appropriation: "Salaries & Expenses, Immigration and Naturalization Service, 2003" including the expenses of an attendant, if necessary

_[signature]_
( Signature of INS official )
Aaron L. Cabrera
Acting Director for Detention and Removal
Harlingen Field Office
( Title of INS offici )
November 13, 2002,  Harlingen, TX
( Date and office location )

Form I-205(Rev. 4-1-97)N

UNDER DOCKET
CONTROL AT PIC

To be completed by Service officer executing the warrant:
Name of alien being removed
      **HERNANDEZ-De Montalvo, Lucina**

Port, date, and manner of removal:   Brownsville, Texas   12/18/02   AFOOT   Mexico

Photograph of alien
removed

Right index fingerprint
of alien removed

_____
( Signature of alien being fingerprinted )

_____
( Signature and title of INS official taking print )

Departure witnessed by: _____

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here [ ]

Departure Verified by: _____
      ( Signature and title of INS official )

Form I-205 (Rev 4-1-97)N