IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| LUCINA HERNANDEZ DE MONTALVO )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>E.M. TROMINSKI, )<br>INS DISTRICT DIRECTOR, et al. )<br>)<br>Respondents. )<br>_____ ) | C.A. No. B-02-126 |

**ORDER**

Upon consideration of the Unopposed Motion to Dismiss the Petition for Writ of Habeas Corpus filed by the Respondents, the Court finds that the motion to dismiss abeyance should be granted.

It is, therefore,

ORDERED, ADJUDGED AND DECREED that the petition for writ of habeas corpus in this matter is DISMISSED with prejudice.

This is a final order

Done this _____ day of __April__, 2004.

_____